UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Entertainment One UK Ltd.
                        Plaintiff,

v.                                       Case No.: 1:18−cv−04957
                                            Honorable Thomas M. Durkin

2theLimit LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 23, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for preliminary injunction [30] is granted. Motion hearing held on 8/23/2018. Counsel is to submit a revised order to Judge Durkin's proposed order e−filing in box. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.