

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Entertainment One UK LTD. | Case No: 18 C 4957 |
| v. | Judge: Thomas M. Durkin |
| 17FLY2011, et al | |

### ORDER

Enter Preliminary Injunction Order. Plaintiff's Amended Complaint [11] and Exhibits 1, and 2 thereto [11-1] and [11-2], Schedule A to the Complaint [10] and Amended Complaint [11-3], Exhibit 3 to the Declaration of Niall Trainor [16], and the TRO [24] are all unsealed. The $10,000 bond posted by eOne shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated. Enter Extension of Temporary Restraining Order as to Defendant Children007 Store.

Date: 8/23/2018                                          /s/ Thomas M. Durkin