*PH*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ENTERTAINMENT ONE UK LTD.,

        Plaintiff,

v.

17FLY2011, et al.,

        Defendants.

Case No. 18-cv-04957

**Judge Thomas M. Durkin**

**Magistrate Judge Maria Valdez**

### PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff Entertainment One UK Ltd.'s ("eOne" or "Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS eOne's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A to the Amended Complaint and attached hereto, with the exception of defendant Children007 Store, (collectively, the "Defendants") and using at least the online marketplace accounts identified on Schedule A (the "Online Marketplace Accounts").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents can purchase products bearing unauthorized copies of eOne's federally registered copyrighted designs (the "PJ Masks Copyrighted Designs") and/or using counterfeit versions of eOne's federally registered trademarks (the "PJ MASKS Trademarks") (a list of which is included in the

chart below) (such products collectively referred to herein as the "Unauthorized PJ Masks Products").

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 4,815,385 | PJ MASKS | Sep. 22, 2015 | For: Paper; cardboard; goods made from paper or cardboard, namely, boxes, cartons, storage containers; photographic products, namely, photographic prints; printed matter, namely, pamphlets, books, newspapers, periodicals, magazines, brochures, catalogues and promotional pamphlets, all in the field of children's entertainment; book binding materials; sheet music; telephone calling cards and credit cards, without magnetic coding; chromolithographs; photographs; pictures; graphic representations; manuals in the field of instructional math; posters; greeting cards; postcards; picture cards; transfers and stickers; photograph albums; collectors' albums in the nature of stamp albums; stationery products, namely, envelopes; adhesive tapes for household decoration and stationery purposes; artists' materials, namely, molds for modeling clays; drawing, painting and modelling goods, namely, palettes for painting, pencils for painting, modeling clay, moulds for modelling clay; drawing and painting implements, namely, square |

| | | | |
|---|---|---|---|
| | | | rulers; paintbrushes; adhesives and adhesive strips for stationery or household purposes; typewriters; office requisites, namely, rubber bands; printed instructional and teaching material in the field of children's education; diaries; calendars; bookmarks; kitchen towels of paper; paper towels; geographical maps; maps; beer mats, namely, coasters of paper or cardboard; address stamps; loose-leaf binders for office use; paper file jackets; paper napkins; sheets of reclaimed cellulose for wrapping; filter paper; paper and cardboard containers; paper and cardboard pouches for packaging; paper and cardboard bags for packaging; absorbent sheets of paper for foodstuff packaging; plastic bags, film for packaging; printers' type; printing blocks; adhesive tapes for stationery or household purposes; letter openers of precious metal in class 016.<br><br>For: Clothing, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, vests, scarves, gloves; footwear; headwear; leather belts; bolo ties with precious metal tips in class 025.<br><br>For: Games, playthings and toys, namely, role playing games, trivia and question and answer |

|  |  |  | games, card games, dice games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed, plush, bean-bag and cloth toys; toy costume masks; puppets; corrugated playhouses; playing cards; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; playing cards and card games; gymnastic and sporting articles, namely, horizontal bars; decorations for Christmas trees, except illumination articles and confectionery; action skill games; action figures and accessories therefor; board games; card games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; Christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; fishing tackle; golf balls; golf gloves; |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; jump ropes; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture toys; puppets; roller skates; rubber action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; table tennis tables; target games; teddy bears; tennis balls; toy action figures; toy bucket and shovel sets; toy mobiles; toy vehicles; toy scooters; toy cars; toy model hobbycraft kits; toy figures; toy banks; toy trucks; toy watches; wind up toys; yo-yos in class 028. |
| 5,348,145 | PJ MASKS | Dec. 5, 2017 | For: Bleaching preparations and other substances for laundry use, namely laundry detergent; cleaning preparations, polishing preparations, degreasing preparations for household purposes and abrasive preparations in the nature of abrasive paste; soaps, namely soaps for body care; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; aromatherapy essential oils; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions in the nature of lotions for skin, and powders in the nature of soap powders; breath fresheners; |

bubble bath; eau de cologne; deodorants, namely body deodorants; powders, namely perfumed powders; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; face masks, namely beauty masks; facial scrubs; air fragrancing preparations for household use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lipstick holders; lip gloss; liquid soaps; make-up; mascara; mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; pot-pourri; room scenters, namely scented room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturisers; sun blocking preparations; non-medicated sun care preparations in class 003.

For: Materials for dressings, namely gauze; plasters, namely medical plasters; portable filled medicine cases, namely first aid kits; baby food; vitamins for children; herb teas for medicinal purposes; disinfectants for sanitary purposes in class 005.

For: Vehicles, namely, strollers; apparatus for locomotion by land, air or water, namely, airplanes;

bicycle parts included in this class, namely, bicycle seats, bicycle chains; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; air balloons in the nature of vehicular balloons; saddle covers for bicycles or motorcycles; mechanical anti-theft devices for vehicles; shopping trolleys; rims for bicycle wheels, chains, bells, baskets adapted for bicycles, handlebars, wheel hubs, dress guards, pedals, pumps, frames, saddles and pannier bags for bicycles; direction indicators in the nature of signals for vehicles, in particular for bicycles; repair outfits for inner tubes, namely patches for repairing inner tubes; luggage racks and saddle bags for vehicles, in particular for two-wheeled vehicles in the nature of bicycles and motorcycles; horns, in particular for automobiles; carts; stroller covers; hub caps; wheelchairs; rear view mirrors; sleighs for transport purposes; fitted seat covers for vehicles; wheelbarrows; bicycle stands in class 012.

For: Precious metals and their alloys and goods of precious metals or coated therewith included in this class, namely, key rings, jewelry cases; jewellery, precious stones; horological and chronometric instruments; alarm clocks;

bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins; wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry boxes not of metal; decorative key fobs not of metal in class 014.

For:    Furniture, mirrors, picture frames; goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics, namely drawer pulls; air mattresses for use when camping; bassinets; beds; benches being furniture; bookcases; cabinets; chairs; coat racks; computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; party ornaments of plastic; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of

|  |  |  | plastic and wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian blinds; wind chimes being decorative articles in class 020.<br><br>For: Brushes except paint brushes, namely, hair brushes; brush-making materials; articles for cleaning purposes, namely, cleaning cloths; steel wool; unworked or semi-worked glass, except glass used in building in class 021.<br><br>For: Textiles and textile goods included in this class, namely textile table napkins; bed and plastic table covers; afghans; bath linen; blankets, namely bed blankets; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabric for flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; plastic flags being decorative articles; plastic pennants being decorative articles; quilts; baby blankets; silk blankets; table linen; textile table napkins; textile place mats; table napkins of textile; throws; face cloths in class 024. |
|--|--|--|--|

For: Carpets; rugs; car mats, namely floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings not of textile; wallpaper of textile in class 027.

For: Jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029.

For: Tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals, namely cereal bars; bread; pastry; confectionery, namely chocolate; ices; honey; treacle; yeast, baking-powder; salt; mustard; vinegar; sauces as condiments, namely hot sauce; spices in class 030.

For: Product merchandising for others; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; retail store services provided via the internet and other computer and electronic communications networks featuring downloadable pre-recorded audio, audiovisual, musical, multimedia and video content in class 035.

For: Audio and video broadcasting services provided via the internet; audio

| | | | |
|---|---|---|---|
| | | | broadcasting; audio, video and multimedia in the nature of radio broadcasting via the internet and digital and wireless communications networks; broadcasting of motion picture films via the internet; broadcasting of teleshopping programs; transmission of videos, movies, pictures, images, text, photos, games, user generated content in the nature of data, audio content, and information via the internet; video broadcasting; chat room services for social networking; computer aided transmission of messages, data and images; delivery of digital music by wireless communication networks, electronic transmission; multimedia messaging services; providing internet chatrooms and internet forums in the field of music; streaming audio and video material on the internet; transmission of data, audio, video and multimedia files; transmission and distribution of data or audiovisual images via a global computer network or the internet; transmission of greeting cards online; webcasting services in class 038. |
| 5,183,889 | PJ MASKS | April 18, 2017 | For: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking and supervision, life-saving and teaching apparatus |

| | | | and instruments, namely, microscopes, cameras, video cameras, scales, graduated rulers; fire-extinguishing apparatus; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers and recording discs featuring music, children's entertainment, television programs for children; data-processing equipment, namely, data processors and computers; musical sound recordings and sound and video recordings featuring music, children's entertainment, television programs for children; downloadable ring tones, music, mp3, graphic and video files featuring music, children's entertainment, television programs for children for wireless communications devices; programs for computer games; video games software; computer games programs downloaded via the internet software; video game programs stored on cartridges, floppy discs, cd-roms, cassettes, tapes and mini discs; compact disc players; audio-video compact discs featuring music, children's entertainment, television programs for children; dvd players; recorded computer software for wireless transmission of data and images; downloadable computer programs for wireless |

| | | | transmission of data and images; exposed camera, cinematographic, and slide films; cassette players; magic lanterns; gramophone records featuring music, children's entertainment; life jackets; sound carriers, namely, CDs, DVDs, and Mp3 files, featuring music, children's entertainment, television programs for children; portable stereos; videotapes featuring music, children's entertainment, television programs for children; video cassettes featuring music, children's entertainment, television programs for children; video recorders; video game cartridges; mechanisms for coin-operated apparatus; cash registers; calculating machines in class 9.

For: Animal skins, hides; whips, harness and saddlery; leather and imitations of leather in class 18.

For: Education, namely, classes, courses, seminars, and workshops in the field of animation, math, science, computer programming; providing of training in the field of animation, math, science, computer programming; entertainment, namely, live musical performances, a series of television programs in the field of children's entertainment, basketball competitions; sporting and cultural activities, namely, basketball competitions, golf |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | tournaments, art exhibitions; editing and production of film, television, radio and multimedia programs, radio entertainment namely, radio programs featuring performances by a fictional character; arranging and conducting of cultural, entertainment and sporting events, namely, live musical performances, arranging of concerts; photography; providing recreation facilities in class 41. |
| 5,461,563 | PJ MASKS | May 8, 2018 | For: optical goods, namely, sunglasses and eyeglasses in class 9.<br><br>For: trunks and travelling bags; all-purpose carrying bags, purses, umbrellas, parasols, walking sticks; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; tote bags; waist pouches; wallets in class 18. |
| 4,986,001 |  | June 28, 2016 | For: Cleaning preparations for the teeth; dentifrices; dentifrices in the form of chewing gum; non-medicated mouthwashes; teeth cleaning lotions; tooth paste; fragrance preparations; perfumes; toilet waters; shower gels; soap for personal use; liquid soaps; bath oil; bath salts; bubble bath; foam bath; body sprays; deodorants for personal use; after sun creams; baby lotions; baby powders; body creams; cold creams; day skin creams; face creams; hand creams; lip balm; |

| | | | skin moisturisers; skin creams; sun screen; sun-block lotions; sunscreen creams; waterproof sunscreen; baby shampoo; shampoos; soap powder; shoe polish; air fragrancing preparations in class 003.<br><br>For: Downloadable electronic publications, namely newsletters, magazines, in the field of children's entertainment; electronic publications, namely newsletters, magazines, in the field of children's entertainment, recorded on computer media; downloadable musical sound recordings; downloadable publications, namely, newsletters, magazines, in the field of children's entertainment; video disks and video tapes with recorded animated cartoons; animated films featuring children's entertainments; audio recordings featuring songs and movie soundtracks; audio visual recordings featuring children's tv series and movies; compact discs featuring music; downloadable digital music provided from a computer database or the internet; downloadable digital music provided from mp3 internet web sites; downloadable graphics for mobile phones; downloadable image files containing animated cartoon characters; downloadable music files; electronic publications recorded on computer media, namely |

|  |  |  | newsletters, magazines, in the field of children's entertainment; motion picture films about animated children characters; audio recordings featuring music; musical recordings in the form of discs; musical video recordings; pre-recorded DVDs featuring music; pre-recorded video tapes featuring animated cartoon movies; pre-recorded video disk, tapes, featuring animated cartoon movies; DVDs featuring recorded animated cartoon movies; downloadable weekly publications in electronic form from the internet, namely newsletters, magazines, in the field of animated cartoons; computer game software downloadable from a global computer network; computer game software; children's educational software; computer programs for video and computer games; games software; video and computer game programs; computer memories; blank USB flash drives; apparatus for reproduction of sound; digital audio players; ear phones; headsets for computers, telephones; headphones; chains for sunglasses; frames for sunglasses; clip-on sunglasses; bicycle helmets; protection helmets for sports; riding helmets; sports helmets; cyclists' glasses; glasses for sports; goggles for sports; ski goggles; computer game software for use |
|---|---|---|---|

| | | | on mobile and cellular phones in class 009.<br><br>For: Graphic prints; comic magazines; general feature magazines; printed periodicals in the field of cartoons; bags, envelopes, and pouches of paper or plastics, for packaging; ball pens; cases for pencils; cases for pens; colour pencils; felt pens; ink pens; pen holders; pen cases; pen boxes; pens; roller ball pens; correcting pencils; erasers; ink erasers; pencil erasers; albums for stickers; photo albums; scrap books; book covers; birthday books; baby books; drawing books; books for children; painting books; picture books; pop-up children's books; children's books incorporating an audio component; dinner mats, namely, place mats of cardboard; dinner mats, namely, place mats of paper; disposable napkins; drying towels of paper; facial tissue; hand towels of paper; kitchen paper; mats of paper for drinking glasses; paper banners; paper face towels; paper hand-towels; paper napkins; paper place mats; paper serviettes; paper table covers; paper table linen; paper table mats; paper table napkins; paper tissues; paper towels; disposable paper wipes not impregnated with chemicals or compounds; placards of paper; place cards; pocket handkerchiefs of paper; |
|---|---|---|---|

serviettes of paper; tissues of paper; towels of paper in class 016.

For: Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas; parasols; walking sticks; whips, harness and saddlery; beach umbrellas; umbrellas for children; baby backpacks; belt bags; briefcases; carryalls; duffle bags; hunters' game bags; handbags; holdalls; infant carriers worn on the body; leather bags; leather cases; luggage; purses; rucksacks; schoolbags; sports bags; suitcases; travel bags in class 018.

For: Household or kitchen containers; combs and bath sponges; brushes except paint brushes, namely hair brushes; articles for cleaning purposes, namely cleaning cloth; glassware, porcelain and earthenware, namely beverage glassware, mugs; bath brushes; drinking straws; drinking glasses; plastic cups; dental floss; tooth brushes; electric toothbrushes in class 021.

For:    Textiles and textile goods, namely textile fabrics for the manufacture of clothing; bed covers and table covers in the nature of textile tablecloths, plastic table covers; hand towels of textile; individual place mats

made of textile; kitchen towels; plastic place mats; serviettes of textile; plastic table covers; tea towels; textile table napkins; textile place mats; vinyl place mats; bed blankets; bed covers; bed sheets; children's blankets; coverlets; covers for cushions; cushion covers; mattress covers; pillow cases; quilts; sleeping bag liners; traveling rugs; travelling blankets; bath linen, except clothing; beach towels; bath towels; children's towels; hooded towels; large bath towels in class 024.

For: Headwear; bathing caps; caps with visors; golf caps; rain hats; sun hats; swimming caps; clothing, namely t-shirts, jackets, dresses; anoraks; athletic clothing, namely , shirts, pants, jackets, footwear, hats and caps, athletic uniforms; babies' clothing, namely romper suits; bath robes; bathing costumes; beach clothes, namely bathing costumes, bathings shorts; bikinis; blouses; blousons; body suits; boxer shorts; briefs; capes; cloaks; coats; dresses; gowns; jeans; knickers; knitwear, namely knitwear jackets; nightwear; overalls; overcoats; pants; pyjamas; ponchos; rain coats; skirts; socks; sportswear, namely, jackets, jerseys, pants, shirts, vests, singlets, coats, shorts, sweatshirts, t-shirts; stockings; sweatshirts; t-shirts; underwear;

wind coats; shoes; sandals; rain boots; sports shoes in class 025.

For: Water wings; swimming belts; swimming boards; amusement park rides; action figure toys; action toys, namely electronic action toys; baby rattles; baby swings; baby playthings, namely baby multiple activity toys; toy namely battery-powered computer game with LCD screen; video game apparatus, namely video game machines, video game joysticks; electronic hand-held game units; games adapted for use with television receivers; hand-held electronic game consoles; handheld computer game consoles; games and playthings, namely dolls; building games; board games; card games; balls for games; boards for playing board games; portable games with liquid crystal displays in class 028.

For: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats in class 029.

For: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations

| | | | |
|---|---|---|---|
| | | | made from cereals, namely, breakfast cereals; bread; pastry; confectionery, namely candy; ices; honey; treacle; yeast, baking-powder; salt; mustard; vinegar; sauces being condiments; spices; ice in class 030.<br><br>For:    Beers; mineral and aerated waters and other non-alcoholic beverages, namely soft drinks; fruit beverages and fruit juices; syrups and other preparations for making beverages, namely fruit drinks in class 032. |
| 4,980,494 |  | June 21, 2016 | For: Materials for dressings, namely, gauze; plasters, namely, medical plasters; portable filled medicine cases, namely, first aid kits; baby food; vitamins for children; herb teas for medical purposes; disinfectants for sanitary purposes in class 005.<br><br>For: Tableware, namely, knives, forks, spoons; cutlery in class 008.<br><br>For: Vehicles, namely, strollers, bicycles; apparatus for locomotion by land, air or water, namely, go-carts, boats; bicycles and parts therefor included in this class, namely, bicycle seats, bicycle chains; scooters; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; |

trailers being vehicles; air balloons in the nature of vehicular balloons; boats; side cars; saddle covers for bicycles or motorcycles; tricycles; mechanical anti-theft devices for vehicles; shopping trolleys; electric vehicles, namely, cars; rims for bicycle wheels, chains, bells, baskets, handlebars, hubs, dress guards, pedals, pumps, frames, tires, saddles and pannier bags for bicycles; direction indicators for vehicles, in particular for bicycles; luggage racks and saddle bags for vehicles, in particular for two-wheeled vehicles; horns, in particular for automobiles; carts; motorcycles and mopeds; stroller covers; hub caps; tires, solid, for vehicle wheels; wheelchairs; rear view mirrors; sleighs for transport purposes; snowmobiles; fitted seat covers for vehicles; wheelbarrows; bicycle stands in class 012.

For:    Precious metals and their alloys namely, key rings, jewelry cases; jewellery, precious stones; horological and chronometric instruments; alarm clocks; bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins;

wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry boxes not of metal; key fobs not of metal in class 014.

For: Furniture, mirrors, picture frames; air mattresses for use when camping; bassinets; beds; benches being furniture; bookcases; cabinets; chairs; coat racks; computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; party ornaments of plastic; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of plastic and wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian blinds; wind chimes being decorative articles in class 020.

For: Carpets; rugs; car mats, namely, floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings not of textile in class 027.

|  |  |  | For: Product merchandising for others; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; retail store services provided via the internet and other computer and electronic communications networks, featuring audio, audiovisual, musical, multimedia and video content in class 035.<br><br>For: Audio and video broadcasting services provided via the internet; audio broadcasting; audio, video and multimedia broadcasting via the internet and digital, and wireless communications networks; broadcasting of motion picture films via the internet; broadcasting of teleshopping programs; transmission of videos, movies, pictures, images, text, photos, games, user-generated content, audio content, and information via the internet; video broadcasting; chat room services for social networking; computer aided transmission of messages, data and images; delivery of digital music by wireless communication networks, electronic transmission; multimedia messaging services; providing internet chatrooms and internet forums; streaming audio and video material on the internet; |
| --- | --- | --- | --- |

| | | | transmission of data, audio, video and multimedia files; transmission and distribution of data or audiovisual images via a global computer network or the internet; transmission of greeting cards online; webcasting services in class 038.<br><br>For: Sporting and cultural activities, namely, organizing sports tournaments; editing and production of film, television, radio programs; radio entertainment editing and production; arranging and conducting of cultural, entertainment and sporting events, namely, youth sports programs; live musical performances by a musical group; arranging of concerts; photographing; providing recreation facilities in class 041. |
|---|---|---|---|

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of eOne's previously granted Motion for Entry of a Temporary Restraining Order establishes that eOne has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that eOne will suffer irreparable harm if the injunction is not granted.

Specifically, eOne has proved a *prima facie* case of trademark infringement because (1) the PJ MASKS Trademarks are distinctive marks and are registered with the U.S. Patent and

Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the PJ MASKS Trademarks, and (3) Defendants' use of the PJ MASKS Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Unauthorized PJ Masks Products with eOne. eOne has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) eOne is the owner of valid and enforceable PJ Masks Copyrighted Designs, and (2) Defendants, without any authorization from eOne, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the PJ Masks Copyrighted Designs on the Online Marketplace Accounts and the corresponding Unauthorized PJ Masks Products. Furthermore, Defendants' continued and unauthorized use of the PJ MASKS Trademarks and copying of the PJ Masks Copyrighted Designs irreparably harms eOne through diminished goodwill and brand confidence, damage to eOne's reputations, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, eOne has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. using the PJ MASKS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PJ Masks product or not authorized by eOne to be sold in connection with the PJ MASKS Trademarks;

b.  reproducing, distributing copies of, making derivative works of, or publicly displaying the PJ Masks Copyrighted Designs in any manner without the express authorization of eOne;

c.  passing off, inducing, or enabling others to sell or pass off any product as a genuine PJ Masks product or any other product produced by eOne, that is not eOne's or not produced under the authorization, control or supervision of eOne and approved by eOne for sale under the PJ MASKS Trademarks and/or the PJ Masks Copyrighted Designs;

d.  committing any acts calculated to cause consumers to believe that Unauthorized PJ Masks Products are those sold under the authorization, control or supervision of eOne, or are sponsored by, approved by, or otherwise connected with eOne;

e.  further infringing the PJ MASKS Trademarks and/or the PJ Masks Copyrighted Designs and damaging eOne's goodwill; and

f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for eOne, nor authorized by eOne to be sold or offered for sale, and which bear any of eOne's trademarks, including the PJ MASKS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the PJ Masks Copyrighted Designs.

2.  Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplace Accounts or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other

payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to eOne expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

c. Defendants' Online Marketplace Accounts;

d. any other online marketplace accounts registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Alipay, Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon eOne's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within five (5) business days after receipt of such notice:

    a.  disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the PJ MASKS Trademarks and/or which bear the PJ Masks Copyrighted Designs;

    b.  disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the PJ MASKS Trademarks and/or which bear the PJ Masks Copyrighted Designs; and

    c.  take all steps necessary to prevent links to the Online Marketplace Accounts identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Online Marketplace Accounts from any search index.

4.    Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.    Any Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Amazon Pay and Wish.com, shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts:

    a.  locate all accounts and funds connected to Defendants or Defendants' Online Marketplace Accounts, including, but not limited to, any PayPal, Alipay, Amazon Pay, and/or Wish.com accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor, and any e-mail addresses provided for Defendants by third parties; and

b.   restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.   eOne may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Niall Trainor and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "17fly2011 and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.   Plaintiff's Amended Complaint [11] and Exhibits 1, and 2 thereto [11-1] and [11-2], Schedule A to the Complaint [10] and Amended Complaint [11-3], Exhibit 3 to the Declaration of Niall Trainor [16], and the TRO [24] are unsealed.

8.   Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to eOne or on shorter notice as set by this Court.

9.   The $10,000 bond posted by eOne shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED: August 23, 2018

Thomas M. Durkin United States District Judge

**Entertainment One UK Ltd. v. 17fly2011, et al.**
**Case No. 18-cv-04957**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 1 | 17fly2011 | 2 | DISMISSED |
| 3 | A Party Store | 4 | DISMISSED |
| 5 | Albrey Toy Co.,Ltd | 6 | All Night Revelry Store |
| 7 | Angel Baby's House | 8 | Anna's Party Store |
| 9 | ARING GOGOGO Store | 10 | baby duo mi baby house Store |
| 11 | Babytoy Store | 12 | babytoygift |
| 13 | BB life Store | 14 | BBYTOYSHOUSE Store |
| 15 | DISMISSED | 16 | Beijing Shunda trade Co., Ltd. |
| 17 | Bilidi Co.,Ltd. Store | 18 | BOOM TOY Store |
| 19 | DISMISSED | 20 | buy201124 |
| 21 | candytrees | 22 | Chagar House Store |
| 23 | EXCEPTED | 24 | Children's factory Store |
| 25 | Children's Toy Park Store | 26 | Children's toy store Store Store |
| 27 | Coser World Store | 28 | daji18 |
| 29 | David's Life Store | 30 | DGFSTM Golden Store |
| 31 | DGFSTM Ultraman20 Store | 32 | ding ding home |
| 33 | DISMISSED | 34 | DISMISSED |
| 35 | eyungo Store | 36 | Fabulous Toy Store |
| 37 | FashT3 Toy Store | 38 | For CLA Store |
| 39 | friendly.planet | 40 | Gesikai Store |
| 41 | gifts-gadgets2u | 42 | Gsandrew |
| 43 | Hahaha123 Store | 44 | hangqi6156pai4 |
| 45 | High Grade Baby Clothes Store | 46 | Homefun Store |
| 47 | HongKong Taimi Tech Store | 48 | HongYM Store |
| 49 | HotZoo Store | 50 | h-toy Store |
| 51 | iclock Store | 52 | idream store |
| 53 | inlovill kiss baby store | 54 | iron-qing |
| 55 | iye81808002qia0 | 56 | JC TOYS World Store |
| 57 | jie xi lai store | 58 | jiesheng_2015 |
| 59 | Jinchuang toy Store | 60 | judy baby store |
| 61 | JUYABEI Official Store | 62 | JXL HOUSE DECOR Store |
| 63 | kaitoy2014 | 64 | DISMISSED |
| 65 | KIgang Store | 66 | LAMIUTOY Store |
| 67 | Lavenus | 68 | LELE Party supplies Store |
| 69 | linke Store | 70 | LiZhiDa Store |
| 71 | Lollopop toy Store | 72 | Magic Children World Store |

| | | | | |
|---|---|---|---|---|
| 73 | Masaki Ma Store | | 74 | Mascot costume China Foreign Trade Center |
| 75 | mascot trade factory | | 76 | ME Party Store |
| 77 | MEILS Store | | 78 | MIJOYEE Costumes Kids LLC |
| 79 | miriamtoystore | | 80 | mobokono 888 Store |
| 81 | My Decor Art Store | | 82 | DISMISSED |
| 83 | Nice2 Toy Store | | 84 | no.10 toy store |
| 85 | No.11 Toy Store | | 86 | Okus Baby Oline Store |
| 87 | pagbalhatime | | 88 | PandaBear Store |
| 89 | PARSUP GOGOGO Store | | 90 | party k Store |
| 91 | Plaything Store | | 92 | pp toy store |
| 93 | quality store store | | 94 | Remetoy Store |
| 95 | Ricud kid costume | | 96 | Rmingqugo |
| 97 | Rose toy Store | | 98 | rtm341tm |
| 99 | Sam Store | | 100 | Sea Stone (HK) Co., Ltd |
| 101 | SHENZHEN HONGHAI Store | | 102 | Shop1904664 Store |
| 103 | Shop3249007 Store | | 104 | shop3250007 store |
| 105 | Shop3621124 Store | | 106 | Shop3625134 Store |
| 107 | Shop3669101 Store | | 108 | shop3675087 store |
| 109 | Shop3893055 Store | | 110 | Shop3934008 Store |
| 111 | Shop3947003 Store | | 112 | Shop4017008 Store |
| 113 | Shop4056003 Store | | 114 | shop4056082 store |
| 115 | shop4078010 store | | 116 | Shop4184016 Store |
| 117 | Shop4301013 Store | | 118 | shop-planet |
| 119 | siyibei store | | 120 | smart zyx baby store |
| 121 | STEVEN JH Store | | 122 | Stiven Store |
| 123 | store no.373611 | | 124 | thirty store |
| 125 | toy 2017 Store | | 126 | TT Funny Store |
| 127 | Twinkling Store | | 128 | twy668 |
| 129 | wang14-98 | | 130 | wsdudu happy world store |
| 131 | wuqian | | 132 | xc8665 |
| 133 | xingyundeyangbo store | | 134 | xiu gu |
| 135 | yideashopping | | 136 | DISMISSED |
| 137 | zhixing686868 Store | | 138 | Zhomecos Store |
| 139 | zhuangxiu store | | 140 | zlb88888 Store |
| 141 | yindd_9660 | | | |

| No. | Defendant Marketplace URL | | No. | Defendant Marketplace URL |
|---|---|---|---|---|
| 1 | ebay.com/usr/17fly2011 | | 2 | DISMISSED |
| 3 | aliexpress.com/store/3281023 | | 4 | DISMISSED |
| 5 | aliexpress.com/store/2028060 | | 6 | aliexpress.com/store/3510010 |
| 7 | aliexpress.com/store/1905420 | | 8 | aliexpress.com/store/3373012 |
| 9 | aliexpress.com/store/3727022 | | 10 | aliexpress.com/store/3681079 |

| 11 | aliexpress.com/store/3572008 | 12 | ebay.com/usr/babytoygift |
|----|------------------------------|----|--------------------------|
| 13 | aliexpress.com/store/3514024 | 14 | aliexpress.com/store/4056045 |
| 15 | DISMISSED | 16 | aliexpress.com/store/207407 |
| 17 | aliexpress.com/store/2488068 | 18 | aliexpress.com/store/3661001 |
| 19 | DISMISSED | 20 | ebay.com/usr/buy201124 |
| 21 | ebay.com/usr/candytrees | 22 | aliexpress.com/store/3663069 |
| 23 | EXCEPTED | 24 | aliexpress.com/store/1958434 |
| 25 | aliexpress.com/store/3653033 | 26 | aliexpress.com/store/3314003 |
| 27 | aliexpress.com/store/3898060 | 28 | ebay.com/usr/daji18 |
| 29 | aliexpress.com/store/1682203 | 30 | aliexpress.com/store/3683001 |
| 31 | aliexpress.com/store/4204022 | 32 | aliexpress.com/store/1832180 |
| 33 | DISMISSED | 34 | DISMISSED |
| 35 | aliexpress.com/store/3663034 | 36 | aliexpress.com/store/2232045 |
| 37 | aliexpress.com/store/3255015 | 38 | aliexpress.com/store/2885279 |
| 39 | ebay.com/usr/friendly.planet | 40 | aliexpress.com/store/1710904 |
| 41 | ebay.com/usr/gifts-gadgets2u | 42 | Merchant number - A3HSTF9FB5ZGQP |
| 43 | aliexpress.com/store/3619132 | 44 | ebay.com/usr/hangqi6156pai4 |
| 45 | aliexpress.com/store/3286003 | 46 | aliexpress.com/store/3216152 |
| 47 | aliexpress.com/store/1963977 | 48 | aliexpress.com/store/328954 |
| 49 | aliexpress.com/store/3618029 | 50 | aliexpress.com/store/3571030 |
| 51 | aliexpress.com/store/1090358 | 52 | aliexpress.com/store/4234022 |
| 53 | aliexpress.com/store/4080006 | 54 | ebay.com/usr/iron-qing |
| 55 | ebay.com/usr/iye81808002qia0 | 56 | aliexpress.com/store/3871028 |
| 57 | aliexpress.com/store/3736004 | 58 | ebay.com/usr/jiesheng_2015 |
| 59 | aliexpress.com/store/2835066 | 60 | aliexpress.com/store/2345280 |
| 61 | aliexpress.com/store/3001051 | 62 | aliexpress.com/store/3620081 |
| 63 | ebay.com/usr/kaitoy2014 | 64 | DISMISSED |
| 65 | aliexpress.com/store/1894008 | 66 | aliexpress.com/store/3517084 |
| 67 | A35G4NFV6NDCQV | 68 | aliexpress.com/store/3310001 |
| 69 | aliexpress.com/store/3215120 | 70 | aliexpress.com/store/3252109 |
| 71 | aliexpress.com/store/3859078 | 72 | aliexpress.com/store/4033054 |
| 73 | aliexpress.com/store/3243116 | 74 | aliexpress.com/store/1441255 |
| 75 | aliexpress.com/store/719688 | 76 | aliexpress.com/store/1912446 |
| 77 | aliexpress.com/store/3187039 | 78 | A983Y2ORCF096 |
| 79 | ebay.com/usr/miriamtoystore | 80 | aliexpress.com/store/2408100 |
| 81 | aliexpress.com/store/2885049 | 82 | DISMISSED |
| 83 | aliexpress.com/store/3255026 | 84 | aliexpress.com/store/3518086 |
| 85 | aliexpress.com/store/3509078 | 86 | aliexpress.com/store/4032050 |
| 87 | ebay.com/usr/pagbalhatime | 88 | aliexpress.com/store/3672021 |
| 89 | aliexpress.com/store/3666090 | 90 | aliexpress.com/store/3618108 |
| 91 | aliexpress.com/store/2885159 | 92 | aliexpress.com/store/3669107 |
| 93 | aliexpress.com/store/3217142 | 94 | aliexpress.com/store/3563013 |
| 95 | A385IJMATV3ATP | 96 | A3T23PPB630M46 |

| 97 | aliexpress.com/store/3850058 | 98 | ebay.com/usr/rtm341tm |
|---|---|---|---|
| 99 | aliexpress.com/store/727945 | 100 | aliexpress.com/store/909816 |
| 101 | aliexpress.com/store/2992076 | 102 | aliexpress.com/store/1904664 |
| 103 | aliexpress.com/store/3249007 | 104 | aliexpress.com/store/3250007 |
| 105 | aliexpress.com/store/3621124 | 106 | aliexpress.com/store/3625134 |
| 107 | aliexpress.com/store/3669101 | 108 | aliexpress.com/store/3675087 |
| 109 | aliexpress.com/store/3893055 | 110 | aliexpress.com/store/3934008 |
| 111 | liexpress.com/store/3947003 | 112 | aliexpress.com/store/4017008 |
| 113 | aliexpress.com/store/4056003 | 114 | aliexpress.com/store/4056082 |
| 115 | aliexpress.com/store/4078010 | 116 | aliexpress.com/store/4184016 |
| 117 | aliexpress.com/store/4301013 | 118 | ebay.com/usr/shop-planet |
| 119 | aliexpress.com/store/3516019 | 120 | aliexpress.com/store/4045011 |
| 121 | aliexpress.com/store/3661095 | 122 | aliexpress.com/store/1184813 |
| 123 | aliexpress.com/store/1956812 | 124 | aliexpress.com/store/4040036 |
| 125 | aliexpress.com/store/3222015 | 126 | aliexpress.com/store/3617109 |
| 127 | aliexpress.com/store/2661015 | 128 | ebay.com/usr/twy668 |
| 129 | ebay.com/usr/wang14-98 | 130 | aliexpress.com/store/4233026 |
| 131 | aliexpress.com/store/1934481 | 132 | ebay.com/usr/xc8665 |
| 133 | aliexpress.com/store/3627121 | 134 | aliexpress.com/store/1480268 |
| 135 | ebay.com/usr/yideashopping | 136 | DISMISSED |
| 137 | aliexpress.com/store/3906051 | 138 | aliexpress.com/store/1183443 |
| 139 | aliexpress.com/store/2501038 | 140 | aliexpress.com/store/3856004 |
| 141 | ebay.com/usr/yindd_9660 | | |